IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Cr. No. 6:17-517-HMH |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Alvin Andrae Drummond, | ) | |
| | ) | |
| Movant. | ) | |

This matter is before the court on Alvin Andrae Drummond's motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. After reviewing the motion, the court orders the Government to respond to the motion within twenty (20) days of the date of this order unless a transcript is required. If a transcript is required, the Government is ordered to respond within twenty (20) days from receipt of the transcript.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
September 1, 2020